I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-20-15

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>  Petitioner,<br><br>vs.<br><br>AUDREY KING (Director of Coalinga State Hospital), et al.,<br><br>  Respondents. | Case No. SACV 14-1326-VAP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: February 18, 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE